EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                           |                                    |
|--------------------------------------------------------------------------------------------------|------------------------------------|
| Enmienda a la Regla 28 de las Reglas de Administración del Sistema de Personal de la Rama Judicial | 2003 TSPR 119  159 DPR _____       |

Número del Caso: EP-2003-2

Fecha: 14 de julio de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**Enmienda a la Regla 28 de las Reglas de Administración del Sistema de Personal de la Rama Judicial**

EP-2003-2

**RESOLUCION**

San Juan, Puerto Rico, a 14 de julio de 2003.

La Ley Núm. 305 de 25 de diciembre de 2002 declaró día de fiesta oficial en el Estado Libre Asociado de Puerto Rico el 24 de diciembre de cada año, a partir del mediodía, con el propósito de celebrar la Nochebuena.

Mediante la presente, se enmienda la Regla 28 de las Reglas de Administración del Sistema de Personal de la Rama Judicial para que disponga:

## Regla 28.  Días Feriados

Los días que se enumeran a continuación serán días de fiesta legal para el personal de la Rama Judicial:
   ...

   (17)  *24 de diciembre, a partir del mediodía*
*Nochebuena*

   *(18)*  25 de diciembre
Día de Navidad
   ......

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Enmienda Regla 28 de las Reglas de
Administración del Sistema de
Personal de la Rama Judicial                                    2

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.


Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo